UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number:  08-10049-CIV-MARTINEZ-BROWN**

MILDRED GREENE,

     Plaintiff,

vs.

TRANSWORLD SYSTEMS, INC.,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice **(D.E. No. 11)**.  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  Each party shall bear its own costs and attorney's fees.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record